■ C-KITCHEN ASSOCIATES, INC., et al., Respondents, v TRAVELERS INSURANCE COMPANY, Appellant.—Order unanimously affirmed without costs. Memorandum: Upon this appeal from an order denying defendant's motion for a protective order and in the absence of a defense motion for accelerated judg-

ment, the merits of plaintiff's complaint are not before us *(see,* CPLR 3211 [a] [7]; 3212). (Appeal from order of Supreme Court, Erie County, McGowan, J.—discovery.) Present—Denman, J. P., Pine, Lawton, Davis and Lowery, JJ.